IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA PUBLIC POWER DISTRICT, a public corporation and political subdivision of the State of Nebraska,<br><br>    Plaintiff,<br><br> vs.<br><br>MP NEXLEVEL, LLC, a Minnesota Limited Liability Company,<br>    Defendant.<br>_____<br>MP NEXLEVEL, LLC, a Minnesota Limited Liability Company,<br>Third-Party Plaintiff,<br><br> vs.<br><br>USIC LOCATING SERVICES, LLC, an Indiana Limited Liability Company,<br>    Third-Party Defendant. | 8:20-CV-536<br><br>ORDER ON STIPULATION OF DISMISSAL |

  This matter is before the Court on the parties' Stipulation of Dismissal. Filing 56. The parties aver that the above-captioned case has been settled and, therefore, jointly request that it be dismissed with prejudice. Filing 56 at 1. The Stipulation of Dismissal is signed by all parties. Filing 56 at 1-2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

1

Dated this 6th day of September, 2022.

                        BY THE COURT:

                        _____

                        Brian C. Buescher
                        United States District Judge